# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PEDRO FLORES,**

    **Plaintiff,**

**v.**                                                                         Case No:   6:18-cv-14-Orl-31KRS

**DOLGENCORP, LLC,**

    **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion for Sanctions for Plaintiff's Failure to Appear at Deposition (Doc. 24), filed July 9, 2018.

On August 7, 2018, United States Magistrate Judge Karla R. Spaulding issued a report (Doc. 29) recommending that the motion be denied and the case dismissed. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Defendant's Motion for Sanctions for Plaintiff's Failure to Appear at Deposition (Doc. 24) is **DENIED**.

3. This case is **DISMISSED** without prejudice, and the Clerk is directed to close the file.

4. The Clerk is directed to mail and email a copy of this order to Plaintiff at his street and email addresses of record.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 28, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party